UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYLAND HEALTH PRODUCTS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>3DB.MKT, LLC, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-06227-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF ELLIOT J. WILLIAMS TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 7) |

The Court has considered the application of Elliot J. Williams, attorney for Plaintiffs Bayland Health Products, LLC, and DPL Trading, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 7). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 13, 2026**

UNITED STATES MAGISTRATE JUDGE